**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| S. BINYOMIN GINSBERG, Rabbi, an individual and on behalf of all others similarly situated,<br><br>*Plaintiff-Appellant*,<br><br>v.<br><br>NORTHWEST, INC., a Minnesota corporation and a wholly-owned subsidiary of Delta Air Lines, Inc.; DELTA AIR LINES, INC., a Delaware corporation,<br><br>*Defendants-Appellees*. | No. 09-56986<br><br>D.C. No.<br>3:09-cv-00028-JLS-NLS<br><br><br>ORDER |

On Remand from the United States Supreme Court

Filed June 12, 2014

Before: Mary M. Schroeder and Stephen S. Trott,
Circuit Judges.

---

**ORDER**

In accordance with the Supreme Court's opinion of April 2, 2014, as well as the resulting judgment, the district court's dismissal of Appellant's claim is **AFFIRMED**.